# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CIVIL NO. 3:06CV293-03-T
## (3:02CR156-2-T)

| | |
|---|---|
| **MACY WALKER MCLEAN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **J U D G M E N T** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |
| _____ | ) |

For the reasons set forth in the Memorandum and Order filed

herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28

U.S.C. § 2255 is **DENIED** and this action is hereby **DISMISSED WITH**

**PREJUDICE.**

Petitioner is hereby placed on notice that no future motion pursuant

to 28 U.S.C. § 2255 may be filed absent permission from the United States

Fourth Circuit Court of Appeals.

Signed: August 27, 2009

Lacy H. Thornburg
United States District Judge